

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00448-CV

| | | |
|---|---|---|
| CITY OF FORT WORTH, Appellant | § | On Appeal from County Court at Law No. 1 |
| | § | of Tarrant County (2021-002172-1) |
| V. | § | May 19, 2022 |
| HORACE BEASLEY, Appellee | § | Memorandum Opinion by Justice Wallach |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's order. It is ordered that the order of the trial court is reversed and we render judgment dismissing Appellee Horace Beasley's claims against the Appellant City of Fort Worth.

It is further ordered that Appellant City of Fort Worth shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By _/s/ Mike Wallach_____
      Justice Mike Wallach